UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-02565 AHM (VBKx) | Date | October 7, 2011 |
|---|---|---|---|
| Title | MICHAEL ZELENY v. DAVID AMIR MAKOV | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On September 27, 2011 the Court received a set of documents from the State of Israel's Directorate of Courts. These documents relate to Plaintiff Michael Zeleny's attempts to serve process on Defendant David Makov pursuant to the Hague Service Convention. The original and only documents are being forwarded to Plaintiff Zeleny by regular U.S. mail.

                                                                                           :
                                                         Initials of Preparer        SMO