AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 11-02565 MRP(VBKx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Amir Makov, an individual
was received by me on *(date)* 06/27/2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Ari Leiberman, a person of suitable age and discretion who resides there,
on *(date)* 10/04/2011, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 1,475.00 for services, for a total of $ 1,475.00.

I declare under penalty of perjury that this information is true.

Date: 10-08-2011

*Server's signature*

Eitan Yaar
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: 7 Hazohar Street, Herzliya, 29107, Israel
Served on: 10/4/2011, at 6:53 AM; copy was mailed on 10/6/2011

Documents served: Summons in a Civil Action; Complaint; Exhibits A-B; Order Returning Case for Reassignment; Initial Order Following Filing of Complaint Assigned to Judge Matz; Notice of Assignment to United States Magistrate Judge for Discovery

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Michael Zeleny, an individual
_Plaintiff_

v.  Civil Action No.  CV11-02565 MRP(VBKx)

David Amir Makov, an individual and DOES 1-10, inclusive
_Defendant_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  David Amir Makov
7 Hazohar St.
Herzeliyah 29107 Israel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David W. Affeld
Affeld Grivakes Zucker LLP
12400 Wilshire Blvd., Suite 1180
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 28 2011

JULIE PRADO

_Signature of Clerk or Deputy Clerk_