AO 440 (Rev. 12/09), Summons in a Civil Action (Page 2)



CLERK, U.S. DISTRICT COURT

FILED

OCT 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Civil Action No. CV 11-02565 ARP (VBKx)
AHM

**ORIGINAL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  David Amir Makov, an individual

was received by me on *(date)* _____ 06/27/2011 _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Ari Leiberman
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ 10/04/2011 _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ____0____ for travel and $ ___1,475.00___ for services, for a total of $ ___1,475.00___ .

I declare under penalty of perjury that this information is true.

Date: 10-08-2011

RECEIVED
BUT
NOT FILED

OCT 1 4 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
*Server's signature*

Eitan Yaar
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Addess of service:  7 Hazohar Street, Herzliya, 29107, Israel
Served on: 10/4/2011, at 6:53 AM; copy was mailed on 10/6/2011

Documents served: Summons in a Civil Action; Complaint; Exhibits A-B; Order Returning Case for Reassignment;
Initial Order Following Filing of Complaint Assigned to Judge Matz; Notice of Assignment to United States
Magistrate Judge for Discovery