O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV11-02565-AHM (VBKx) | Date | July 9, 2012 |
| Title | MICHAEL ZELENY v. DAVID AMIR MAKOV, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Rosalyn Adams | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Loren J. Beck | David L. Horowitz | |

**Proceedings:** MOTION for Judgment on the Pleadings (Partial Judgment) filed by Defendant David Amir Makov [46] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons and findings stated on the record, the Court grants the motion. Order to issue.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | SMO |